# UNITED STATES DISTRICT COURT

## Western District of Missouri

*JUDGMENT IN A CIVIL CASE*

SERENA SCHWAB
    *v.*

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration

**Case Number: 11-CV-04182-DW**

_     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED

That the Commissioner's decision is AFFIRMED; it is further

ORDERED that the Plaintiff's Motion for Brief [sic] or In the Alternative Motion for Judgment on the Pleadings (Doc. 17) is DENIED.

ENTERED ON: November 21, 2012

                                                ANN THOMPSON
                                                Court Executive

                                                Laura Bax
                                                (By) Divisional Manager